No. 04–6864.   AGUILERA *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist., Div. 3.   Certiorari denied.

No. 04–6866.   SEALS *v.* CITY OF WHEELING, WEST VIRGINIA, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 04–6870.   SALAZAR-VELASQUEZ *v.* ASHCROFT, ATTORNEY GENERAL.   C. A. 10th Cir.   Certiorari denied.

No. 04–6871.   THOMPSON *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 04–6873.   SINGLETON *v.* MARSHALL, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 04–6874.   RUIZ *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 04–6876.   SANWICK *v.* UTAH.   Ct. App. Utah.   Certiorari denied.

No. 04–6879.   RICKS *v.* PEGUESE, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 04–6880.   REMOI *v.* KLEIN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 04–6881.   DOUGLAS *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 04–6884.   DAVIS *v.* DUARTE ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 04–6890.   WELSH *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.   C. A. 5th Cir.   Certiorari denied.

No. 04–6891.   TROUPE *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.   C. A. 5th Cir.   Certiorari denied.

No. 04–6894.   WATSON *v.* LENSING, WARDEN.   C. A. 5th Cir.   Certiorari denied.